Commissioners of Nutwood Levee and Drainage District of Greene and Jersey Counties, Illinois, Appellees, v. Neal D. Reardon et al., Appellants.

Gen. No. 9,143.

Heard in this court at January term, 1939; opinion filed October 19, 1939; rehearing denied February 23, 1940. Neal D. Reardon, for appellants; Clement L. Smith, of counsel; G. R. Schwarz and Du Hadway & Suddes, for appellees. Opinion by PRESIDING JUSTICE RIESS. "Not to be published in full."

Lona Hodgett, Appellee, v. Fremont Bates, Appellant.

Gen. No. 9,469.

Heard in this court at October term, 1939; opinion filed February 14, 1940. James H. Andrews, Gregg A. Young and Harper Andrews, for appellant; Thomas J. Welch and Vera M. Binks, for appellee. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."